

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Edward Darrall Anderson
a/k/a Edward Darrell Anderson,

Vs. No. 11-19-00020-CR

The State of Texas,

\* From the 266th District Court
  of Erath County,
  Trial Court No. CR14941.

\* December 18, 2020

\* Memorandum Opinion by Wright, S.C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect the degree of the offense to be a "STATE JAIL FELONY." As modified, we affirm the judgment of the trial court.